No. 11–10934. ADEFUMI *v.* CITY OF PHILADELPHIA, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 11–10935. BRUMAIRE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10936. BLANCHARD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10938. OWENS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10939. SCARBOROUGH *v.* MILLER ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10940. JAMES *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–10941. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10942. WHITMORE *v.* MILLER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–10943. TATUM *v.* DENNEY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–10945. CHANDLER *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10946. DUNN *v.* EDMONDS ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10948. DAVIS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 11–10949. SCACCIA *v.* STAMP ET AL. C. A. 2d Cir. Certiorari denied.